**DYKEMA GOSSETT LLP**
Ashley Fickel (SBN 237111)
*afickel@dykema.com*
Christopher D. Lee (SBN 280738)
*clee@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendant
PROPERTY DAMAGE APPRAISERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.  2:16-CV-02184-MCE-DB<br>Assigned to Hon. Morrison C. England, Jr.<br><br>**DECLARATION OF KATHERINE SLATE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL MEDIATION/ARBITRATION AND STAY PROCEEDINGS PENDING MEDIATION/ARBITRATION AND/OR 28 U.S.C. § 1404(a) MOTION TO TRANSFER VENUE; EXHIBIT "A"**<br><br>[Filed concurrently with Defendant's Motion; [Proposed] Order]<br><br>Date:         November 3, 2016<br>Time:         2:00 p.m.<br>Courtroom:    7<br><br>Complaint Filed: August 15, 2016<br>Action Removed: September 13, 2016<br>Trial Date:      Not Yet Set |

1
DECLARATION OF KATHERINE SLATE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL MEDIATION/ARBITRATION AND STAY PROCEEDINGS AND/OR 28 U.S.C. § 1404(a) MOTION TO TRANSFER VENUE

## DECLARATION OF KATHERINE SLATE

I, Katherine Slate, declare as follows:

1. I am the Chief Administrative Officer for Defendant Property Damage Appraisers, Inc. ("PDA"). In connection with my role as Chief Administrative Officer, I oversee the franchise relations, corporate planning, human resources and administrative arenas for PDA. In that capacity, I am familiar with and I generally oversee PDA's relationships with its franchisees, including the Franchise License Agreement entered into by PDA with each franchisee. I am familiar with and have access to PDA's file relating to Plaintiffs Brian K. Nygaard dba PDA Sacramento and PDA Stockton and BKN Appraisals, Inc. (collectively "Plaintiffs") and the above-captioned matter. The file was and is prepared in the regular course of business at or near the time of the acts, conditions or events recorded. The file is maintained by PDA in the ordinary course of business, and I have full authority to certify the contents of the file for PDA. The copies of documents accompanying this Declaration are true and correct copies of the documents contained in the file. I have personal knowledge of the facts and circumstances set forth below and if called as a witness, I could and would competently testify thereto.

2. A true and correct copy of the Franchise License Agreement ("FLA") that was executed by and between PDA and Plaintiffs is attached hereto as Exhibit "A." The franchisor-franchisee relationship between PDA and Plaintiffs was and remains governed by the FLA. PDA terminated Plaintiffs' franchise in accordance with the terms of the FLA.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of September, 2016 at Fort Worth, Texas.

_Katherine Slate_
Katherine Slate