Suzanne M. Alves
ALVES JACOBSON RADCLIFFE LLP
1860 Howe Avenue, Ste. 265
Sacramento, California 95825
(916) 333-3375
Attorney for Plaintiffs
BRIAN K. NYGAARD et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>Defendant(s). | Case Number: 16-cv-02184-VC<br>Reassigned to Hon. Vince Chhabria<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: MEDIATION<br>AS MODIFIED<br><br>Date: 6/27/17<br>Time: 2:30 p.m. |

On March 23, 2017, this Court entered its Order directing the parties to mediation, which mediation did not occur. Counsel for the parties appeared telephonically before the Court on June 27, 2016, at 2:30 p.m. at the scheduled Case Management Conference wherein the parties, through their counsel agreed as follows:

It is hereby stipulated by and between plaintiffs BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON, and BKN APPRAISALS, INC., and defendant PROPERTY DAMAGE APPRAISERS, INC., a Corporation, through their

counsel of record, that the parties will mediate the above-referenced action on July 19, 2017, before Hon. Rex Hesseman (Ret.) in Los Angeles, California.

ALVES RADCLIFFE LLP

Dated: June 27, 2017      s/*Suzanne M. Alves*
                          Suzanne M. Alves
                          Counsel for plaintiff

DYKEMA GOSSETT LLP

Dated: June __, 2017      *s/Ashley R. Fickel*_____

                          Ashley R. Fickel
                          Counsel for defendant PROPERTY DAMAGE
                          APPRAISERS, INC.

STIPULATION AND PROPOSED ORDER RE: MEDIATION

# ORDER

It is hereby ordered that plaintiffs BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON, and BKN APPRAISALS, INC., and defendant PROPERTY DAMAGE APPRAISERS, INC., a Corporation, shall attend mediation in the above-referenced action on July 19, 2017, before Hon. Rex Hesseman (Ret.) in Los Angeles, California.

[In addition, the Court makes the further orders stated below:]

A telephonic CMC is scheduled for August 15, 2017 at 2:30 p.m. An updated joint case management statement is due no later than August 8, 2017.

IT IS SO ORDERED.

Dated: June 29, 2017

\*\*The plaintiff is ordered to provide the Court and all other parties a telephone conference line to use for the hearing no later than three court days prior to the CMC, by way of e-mail to vccrd@cand.uscourts.gov, with a cc to opposing counsel.



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria