UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN K. NYGAARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROPERTY DAMAGE APPRAISERS, INC.<br><br>　　　　　Defendant. | Case No. 16-cv-02184-VC<br><br>**ORDER RE MOTION TO COMPEL** |

PDA is ordered to refile its motion in compliance with the page limits set in this Court's Civil Standing Order. *See* Dkt. No. 7. The revised motion is due no later than August 10, 2017. Briefing deadlines related to the motion to compel will remain unchanged.

**IT IS SO ORDERED.**

Dated: August 9, 2017

_____
VINCE CHHABRIA
United States District Judge