UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD<br><br>    Plaintiff,<br><br>    v.<br><br>PROPERTY DAMAGE APPRAISERS, INC.,<br><br>    Defendant. | Case No. 16-cv-02184-VC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case will be referred to a Magistrate Judge of the Northern District.

After the parties have met and conferred regarding any disputes, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions-- General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: March 1, 2018

_____
VINCE CHHABRIA
United States District Judge