Suzanne M. Alves
ALVES JACOBSON RADCLIFFE LLP
1860 Howe Avenue, Ste. 265
Sacramento, California 95825
(916) 333-3375
Attorney for Plaintiffs
BRIAN K. NYGAARD et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>Defendant(s). | Case Number: 16-cv-02184-VC<br>Reassigned to Hon. Vince Chhabria<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE<br><br>Date: 10/16/2019<br>Time: 10:30 a.m.<br>Hon. Vince Chhabria |

On September 30, 2019, this Court entered an Order for Telephonic Case Management Conference on October 16, 2019, at 10:30 a.m. The Order further specified that a Joint Case Management Conference Statement was due to be filed by counsel on October 9, 2019.

On August 11, 2019, Plaintiffs' counsel's spouse suffered a severe hemorrhagic stroke, remains hospitalized due to further medical complications, and will require around the clock care after discharge from inpatient care. As such, Plaintiffs counsel will be unable to continue representation of the Plaintiffs in this action and has requested a sixty (60) day continuance of

STIPULATION AND PROPOSED ORDER RE: MEDIATION

the scheduled conference to permit Plaintiffs to find other counsel to represent them in this matter.

For these reasons, it is hereby stipulated by and between plaintiffs BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON, and BKN APPRAISALS, INC., and defendant PROPERTY DAMAGE APPRAISERS, INC., a Corporation, through their counsel of record, that the Telephonic Case Management Conference scheduled for October 16, 2019, at 10:30 a.m. be continued for sixty (60) days, to no earlier than December 16, 2019, to allow Plaintiff to find substitute counsel in this action.

ALVES RADCLIFFE LLP

Dated: October 8, 2019  s/*Suzanne M. Alves*
Suzanne M. Alves
Counsel for plaintiff

DYKEMA GOSSETT LLP

Dated: October 8, 2019  *s/Ashley R. Fickle*

Ashley R. Fickel
Counsel for defendant PROPERTY DAMAGE APPRAISERS, INC.

STIPULATION AND PROPOSED ORDER RE: MEDIATION

## ORDER

The Court having read and considered the stipulation of the parties and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED the Telephonic Case Management Conference currently scheduled for October 16, 2019, shall be continued to December 18, 2019, at 10:30 a.m. Plaintiff's new counsel shall provide the Court and other parties with a conference line and applicable access code to use during the hearing no later than three (3) days prior to the scheduled conference. The parties are further ordered to submit an Updated Joint Case Management Statement to the Court by no later than December 11, 2019.

IT IS SO ORDERED.

Dated: October 15, 2019

Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE