Suzanne M. Alves
**ALVES RADCLIFFE LLP**
2377 Gold Meadow Way, Ste. 100
Gold River, California 95670
(916) 333-3375
Attorney for Plaintiffs
BRIAN K. NYGAARD et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>Defendant(s). | Case Number: 16-cv-02184-VC<br>Reassigned to Hon. Vince Chhabria<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE<br><br>Date:  12/18/2019<br>Time: 10:30 a.m.<br>Hon. Vince Chhabria |

On September 30, 2019, this Court entered an Order for Telephonic Case Management Conference on October 16, 2019, at 10:30 a.m. The Order further specified that a Joint Case Management Conference Statement was due to be filed by counsel on October 9, 2019. Thereafter, the Court granted an Order, pursuant to the parties' stipulation, to continue the Case Management Conference to December 18, 2019, at 10:30 a.m., which a Joint Case Management Conference Statement due to be filed on December 11, 2019. The parties' hereby request a further continuance of the Case Management Conference for forty-five (45) days for the reasons set forth herein.

STIPULATION AND PROPOSED ORDER RE: MEDIATION

On August 11, 2019, Plaintiffs' counsel's spouse suffered a severe hemorrhagic stroke, remains hospitalized due to further medical complications, and will require around the clock care after discharge from inpatient care. As such, Plaintiffs counsel will be unable to continue representation of the Plaintiffs in this action. Plaintiffs have been advised of these facts and have attempted to locate other counsel to represent them in this matter without success to date. Thereby, Plaintiffs request additional time, forty-five days, to permit Plaintiffs to find other counsel to represent them in this matter.

For these reasons, it is hereby stipulated by and between plaintiffs BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON, and BKN APPRAISALS, INC., and defendant PROPERTY DAMAGE APPRAISERS, INC., a Corporation, through their counsel of record, that the Telephonic Case Management Conference scheduled for December 18, 2019, at 10:30 a.m. be continued for forty-five (45) days, to no earlier than January 31, 2020, to allow Plaintiff to find substitute counsel in this action.

ALVES RADCLIFFE LLP

Dated: December 10, 2019    s/*Suzanne M. Alves*
                                                Suzanne M. Alves
                                                Counsel for plaintiff

DYKEMA GOSSETT LLP

Dated: December 10, 2019    s/*Ashley R. Fickel*

                                                Ashley R. Fickel
                                                Counsel for defendant PROPERTY DAMAGE
                                                APPRAISERS, INC.

STIPULATION AND PROPOSED ORDER RE: MEDIATION

## ORDER

The Court having read and considered the stipulation of the parties and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED the Telephonic Case Management Conference currently scheduled for December 18, 2019, shall be continued to February 4, 2020, at 2:30 p.m. Plaintiff's new counsel shall provide the Court and other parties with a conference line and applicable access code to use during the hearing no later than three (3) court days prior to the scheduled conference. The parties are further ordered to submit a Joint Case Management Statement to the Court by no later than January 28, 2020.

IT IS SO ORDERED.

Dated: December 12, 2019

Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: MEDIATION