UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD,<br><br>    Plaintiff,<br><br>    v.<br><br>PROPERTY DAMAGE APPRAISERS, INC.,<br><br>    Defendant. | Case No. 16-cv-02184-VC<br><br>**ORDER DENYING REQUEST FOR CONTINUANCE**<br><br>Re: Dkt. No. 60 |

    The parties' request to continue the telephonic case management conference is denied. Brian Nygaard is ordered to participate in the case management conference. Suzanne Alves is ordered to use best efforts to ensure that her client is on the line for the conference call.

    **IT IS SO ORDERED.**

Dated: January 30, 2020

_____
VINCE CHHABRIA
United States District Judge