UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROPERTY DAMAGE APPRAISERS, INC.,<br><br>　　　　Defendant. | Case No. 16-cv-02184-VC<br><br>**ORDER CONTINUING HEARING ON MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 59 |

　　　　The hearing on Suzanne Alves' motion to withdraw as attorney is continued from Thursday, March 5, 2020, to Wednesday, March 11, 2020. The hearing will be conducted telephonically in conjunction with the further case management conference. Jason Schaff is ordered to make his appearance on behalf of Brian Nygaard prior to the case management conference.

　　　　**IT IS SO ORDERED.**

Dated: March 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge