UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>       Defendants. | Case No. 16-cv-02184-VC-EDL<br><br>**ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

Per the Court's Standing Order, when filing a proposed protective order, parties are required to indicate whether they have based their proposed order on one of the Northern District's model protective orders and, if so, to identify any deviations from the model order with a redline comparison. The parties are directed to re-file their stipulation for entry of a protective order in accordance with these guidelines.

    **IT IS SO ORDERED.**

Dated: August 11, 2020

_____
VINCE CHHABRIA
United States District Judge