UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>               Plaintiffs,<br><br>    v.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>             Defendants. | Case No.  16-cv-02184-VC-EDL<br><br><br>**ORDER RE STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

      The parties are required to comply with Northern District Civil Local Rule 79-5 for sealing. They may stipulate to comply with Eastern District Local Rule 141 as well, to the extent the two rules are compatible. The parties can look to the Northern District's model protective orders for the appropriate language regarding compliance with Northern District Civil Local Rule 79-5. The parties are directed to re-file their stipulation for entry of a protective order in accordance with these guidelines within 7 days of this order.


      **IT IS SO ORDERED.**

Dated: August 20, 2020

_____

VINCE CHHABRIA
United States District Judge