**DYKEMA GOSSETT LLP**
Ashley Fickel (SBN 237111)
*afickel@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendant
PROPERTY DAMAGE APPRAISERS, INC.

**FLESHER SCHAFF & SCHROEDER**
Jason W. Schaff (SBN 244285)
jws@fsslawfirm.com
2202 Plaza Drive
Rocklin, CA 95765
Telephone:   (916) 672-6558
Facsimile:   (916) 672-6602

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:16-cv-02184-VC-EDL<br><br>[Assigned to Hon. Vince Chhabria]<br><br>**STIPULATION TO CONTINUE DATES SET FORTH IN THIS COURT'S MARCH 11, 2020 ORDER AFTER HEARING [DKT. NO. 69]; [~~Proposed~~] ORDER AS MODIFIED**<br><br>Complaint Filed:  August 15, 2016<br>Action Removed:  September 13, 2016<br>Trial Date:  March 1, 2021 |

1
STIPULATION TO CONTINUE DATES

Pursuant to Northern District Local Rules 6-1, 6-2, and 7-12, Plaintiffs Brian K. Nygaard, an individual doing business as PDA Sacramento and PDA Stockton and BKN Appraisals, Inc., a California Corporation (collectively, "Plaintiffs") and Defendant Property Damage Appraisers, Inc., a Corporation ("PDA") (both Plaintiff and PDA are collectively referred to as the "Parties"), by and through their undersigned counsel, submit this Stipulation to Continue Dates Set Forth in This Court's March 11, 2020 Order After Hearing [Dkt. No. 69].

WHEREAS, the Court previously ordered that: the Fact Discovery Cut-Off date is 9/21/2020, the Expert Disclosure date is 10/5/2020, Expert Rebuttal reports are due on 10/19/2020, the Expert Discovery Cut-Off date is 11/2/2020, the last date for a Hearing on Dispositive Motions is 12/11/2020, the Pretrial Conference date is 2/22/2021, and the Jury Selection and Trial date is 3/1/2021.

WHEREAS, the vast majority of the life of this case has been spent resolving whether the case should be heard in arbitration and substantive motion practice and discovery that would take place if the case was litigated was previously stayed in this matter pending appeal of the Order Denying Motion to Compel Arbitration per this Court's February 2, 2018 Order.

WHEREAS, previous counsel for Plaintiffs filed a Motion to Withdraw on January 28, 2020, due to personal circumstances, and current counsel for Plaintiffs, Jason W. Schaff, filed a Motion for Substitution of Attorney on March 4, 2020.

WHEREAS, the Parties are diligently conducting discovery in this matter, but have been delayed due to COVID-19 and are currently awaiting the entry of a protective order before producing certain documents.

WHEREAS, PDA has further been hampered in its ability to litigate this case due to the hurricanes in Texas and Louisiana, requiring PDA to devote all of its resources and attention to trying to mitigate the effects of the hurricanes while simultaneously dealing with the effects of COVID-19.

WHEREAS, the Parties agree that more time is needed for discovery and to

prepare this case for trial.

WHEREAS, this is the first time the Parties have asked this Court to continue the items in this Stipulation.

WHEREAS, in light of the above, the Parties have agreed to continue all currently calendared dates for approximately 120 days, as follows:

| ITEMS | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cut-Off | 9/21/2020 | 1/19/2021 |
| Expert Disclosure | 10/5/2020 | 2/2/2021 |
| Expert Rebuttal | 10/19/2020 | 2/16/2021 |
| Expert Discovery Cut-Off | 11/2/2020 | 3/2/2021 |
| Hearing on Dispositive Motions | 12/11/2020 | 4/9/2021 |
| Pretrial Conference | 2/22/2021 | 6/21/2021 |
| Jury Selection and Trial | 3/1/2021 | 6/28/2021 |

WHEREAS, Local Rule 6-1(b) requires a Court order "for any enlargement or shortening of time that alters an event or deadline already fixed by Court order" and Local Rule 6-2 permits the Parties to file a stipulation in writing to request "an order changing time that would affect the date of an event or deadline already fixed by this Court order";

WHEREAS, this stipulation is accompanied by a declaration as required by Local Rule 6-2(a); and

WHEREAS, this Stipulation is made in good faith and not for the purposes of delay.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their undersigned counsel of record that the Fact Discovery Cut-Off date shall be continued from September 21, 2020 to January 19, 2021; the deadline for Expert Disclosure shall be continued from October 5, 2020 to February 2, 2021; the deadline to serve Expert Rebuttal Reports shall be continued from October 19, 2020 to February 16, 2021; the Expert Discovery Cut-Off date shall be continued from November 2, 2020 to March 2, 2021; the last hearing date for Dispositive Motions shall be continued from December 11, 2020 to April 9, 2021; the Pretrial Conference shall be continued from February 22, 2021 to June 21, 2021; and the Jury Selection and Trial date shall be continued from March 1, 2021 to June 28, 2021 or any other date that is reasonable and fits the Court's calendar.

**Flesher Schaff & Schroeder**

DATED: September 2, 2020        /s/ Jason W. Schaff
                                Jason W. Schaff
                                Attorneys for Plaintiffs

**Dykema Gossett LLP**

DATED: September 2, 2020        /s/ Ashley R. Fickel
                                Ashley R. Fickel
                                Attorneys for Defendant
                                Property Damage Appraisers Inc.

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Scott Pressman, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Continue Dates Set Forth in This Court's March 11, 2020 Order After Hearing and [proposed] Order.  I hereby attest that the above-referenced signatories to this Stipulation to Continue Dates Set Forth in This Court's March 11, 2020 Order After Hearing and [proposed] Order have concurred in this filing.

Dated: September 2, 2020        By:        */s/ Scott Pressman*
                                            Scott Pressman

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA  90071

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby Issues an Order as follows:

1. The Fact Discovery-Cut Off date is continued from September 21, 2020 to January 19, 2021;

2. The deadline for Expert Disclosures shall be continued from October 5, 2020 to February 2, 2021;

3. The deadline to serve Expert Rebuttal Reports shall be continued from October 19, 2020 to February 16, 2021;

4. The Expert Discovery Cut-Off date shall be continued from November 2, 2020 to March 2, 2021;

5. The last hearing date for Dispositive Motions shall be continued from December 11, 2020 to April 15, 2021;

6. The Pretrial Conference date shall be continued from February 22, 2021 to June 21, 2021;

7. The Jury Selection and Trial date shall be continued from March 1, 2021 to June 28, 2021 or any other date that is reasonable and fits the Court's calendar.

Date: September 10, 2020



HON. VINCE CHHABRIA
IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA