**DYKEMA GOSSETT LLP**
Ashley Fickel (SBN 237111)
*afickel@dykema.com*
Scott Pressman (SBN 318398)
*spressman@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendant
PROPERTY DAMAGE APPRAISERS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. NYGAARD, an individual doing business as PDA SACRAMENTO and PDA STOCKTON and BKN APPRAISALS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:16-cv-02184-VC-EDL<br><br>[Assigned to Hon. Vince Chhabria]<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**  AND ORDER<br><br>Complaint Filed:  August 15, 2016<br>Action Removed:  September 13, 2016<br>Trial Date:           March 1, 2021 |

**PLEASE TAKE NOTICE** that Christopher David Lee has not been an attorney with the firm Dykema Gossett LLP, counsel of record for Defendant Property Damage Appraisers ("PDA"), since August 2018 and is no longer involved in the representation of PDA.  Consequently, PDA, through the undersigned, hereby requests an order pursuant to Civil L.R. 5-1 and Civil L.R. 11-5

1
**NOTICE OF WITHDRAWAL OF COUNSEL**

permitting withdrawal of Christopher David Lee as counsel.  Counsel of record for PDA otherwise remains the same.

DATED:  November 3, 2020               DYKEMA GOSSETT LLP


By:      /s/ Scott Pressman
         Scott Pressman
         Attorneys for Defendants
         PROPERTY DAMAGE APPRAISERS

**NOTICE OF WITHDRAWAL OF COUNSEL**

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

**[~~PROPOSED~~] ORDER**

The above withdrawal of counsel is approved and so ORDERED.

Dated: November 12, 2020    
                            HON. VINCE CHHABRIA