1  JASON W. SCHAFF, SBN: 244285
   JACOB D. FLESHER, SBN: 210565
2  **FLESHER SCHAFF & SCHROEDER, INC.**
   2202 Plaza Drive
3  Rocklin, CA 95765
   Telephone: (916) 672-6558
4  Facsimile: (916) 672-6602

5  Attorney for Plaintiffs,
   BRIAN NYGAARD: and BKN APPRAISALS. INC.
6

7            IN THE UNITED STATES DISTRICT COURT

8          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9                           * * *

10  BRIAN NYGAARD; and BKN              **CASE NO. 2:16-cv-02184-VC**
    APPRAISALS, INC.,                  *Complaint filed: 8/15/16*
11                                     *Trial Date: 3/1/21*
              Plaintiffs,
12                                     **STIPULATION TO CONTINUE**
        vs.                            **DATES SET FORTH IN THIS**
13                                     **COURT'S SEPTEMBER 19, 2020**
    PROPERTY DAMAGE APPRAISERS,        **ORDER [DKT. NO. 84]; ~~PROPOSED~~**
14  INC., a corporation;               **ORDER**

15            Defendant.               ***No further continuances will be granted.**

16

17        Pursuant to Northern District Local Rules 6-1, 6-2, and 7-12, Plaintiffs Brian K.

18  Nygaard, an individual doing business as PDA Sacramento and PDA Stockton and BKN

19  Appraisals, Inc., a California Corporation (collectively, Plaintiffs) and Defendant Property

20  Damage Appraisers, Inc., a Corporation ("PDA") (both Plaintiff and PDA are collectively

21  referred to as the "Parties"), by and through their undersigned counsel, submit this

22  Stipulation to Continue Dates Set Forth in This Court's September 11, 2020 Order [Dkt.

23  No. 84] in response to the Parties previous Stipulation to Continue Dates [Dkt. No. 80].

24        The Parties continued to engage in meaningful discovery; however, given the Covid-

25  19 pandemic constraints on document retrieval and the ability to investigate certain

26  aspects of the case, the parties seek an additional continuance of all dates in this case for

27  approximately 120 days in order to prepare for trial.

28

The Court previously ordered that the Fact Discovery-Cut Off date is continued from 9/21/2020 to 1/19/2021; the Expert Disclosures shall be continued from 10/5/2020 to 2/2/2021; the Expert Rebuttal Reports shall be continued from 10/19/2020 to 2/16/2021; the Expert Discovery Cut-Off shall be continued from 11/2/2020 to 3/2/2021; the last date for a Hearing on Dispositive Motions shall be continued from 12/11/2020 to 4/15/2021; the Pretrial Conference date shall be continued from 2/22/2021 to 6/21/2021; and the Jury Selection and Trial date shall be continued from 3/1/2021 to 6/28/2021.

The Parties agree to continue all currently calendared dates for approximately 120 days, as follows:

| Item | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cut-Off | 1/19/2021 | 5/19/2021 |
| Expert Disclosure | 2/2/2021 | 6/2/2021 |
| Expert Rebuttal | 2/16/2021 | 6/16/2021 |
| Expert Discovery Cut-Off | 3/2/2021 | 6/30/2021 |
| Hearing on Dispositive Motions | 4/9/2021 | 8/6/2021 |
| Pretrial Conference | 6/21/2021 | 10/18/2021 |
| Jury Selection and Trial | 6/28/2021 | 10/25/2021 |

As required by Local Rule 6-2(a), this stipulation is accompanied by a declaration. Further, this Stipulation is made in good faith and not for the purposes of delay. Finally, pursuant to Local Rule 6-1(b), a Court order "for any enlargement or shortening of time that alters an event or deadline already fixed by Court order" and Local Rule 6-2 permits the Parties to file a stipulation in writing to request "an order changing time that would affect the date of an event or deadline already fixed by this Court order."

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their undersigned counsel of records that the Fact Discovery Cut-Off date shall be continued from January 19, 2021 to May 19, 2021; the deadline for Expert Disclosure shall be continued from February 2, 2021 to June 2, 2021; the deadline

to serve Expert Rebuttal February 16, 2021 to June 16, 2021; the Expert Discovery Cut-Off date shall be continued from March 2, 2021 to June 30, 2021; the Hearing on Dispositive Motions shall be continued from April 9, 2021 to August 6, 2021; the Pretrial Conference shall be continued from June 21, 2021 to October 18, 2021; and the Jury Selection and Trial date shall be continued from June 28, 2021 to October 25, 2021 or any other date that is reasonable and fits the Court's calendar.

DATED:  January   , 2021             **FLESHER SCHAFF & SCHROEDER, INC.**

By */s/ Jason W. Schaff*
    JACOB D. FLESHER
    JASON W. SCHAFF
    Attorneys for Plaintiffs
    Bryan Nygaard and BKN, Appraisals, Inc.

DATED:  January   , 2021             **DYKEMA GOSSETT, PLLC**

By */s/ Victor Johnson*
    VICTOR JOHNSON
    Attorneys for Defendant
    Property Damage Appraisers, Inc.

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Jason W. Schaff, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Continue Dates Set Forth in This Court's September 11, 2020 Order. I hereby attest that the above-referenced signatories in this Stipulation to Continue Dates Set Forth in This Court's September 11, 2020 Order have concurred in this filing.

Date: January 13, 2021                By:   */s/ Jason W. Schaff* _____

                                              Jason W. Schaff

## PURSUANT TO THE STIPULATION, IT IS SO ORDERED

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby Issues an Order as follows:

1.  The Fact Discovery Cut-Off date is continued from January 19, 2021 to May 19, 2021;

2.  The deadline for Expert Disclosure shall be continued from February 2, 2021 to June 2, 2021;

3.  The deadline for Expert Rebuttal shall be continued from February 16, 2021 to June 16, 2021;

4.  The Expert Discovery Cut-Off shall be continued from March 2, 2021 to June 30, 2021;

5.  The Hearing on Dispositive Motions shall be continued from April 9, 2021 to August 6, 2021;

6.  The Pretrial Conference shall be continued from June 21, 2021 to October 18, 2021; and

7.  The Jury Selection and Trial date shall be continued from June 28, 2021 to October 25, 2021 or any other date that is reasonable and fits the Court's calendar.

Date: February 17, 2021

_____

HON. VINCE CHHABRIA

***No further continuances will be granted.