JASON W. SCHAFF, SBN: 244285
JACOB D. FLESHER, SBN: 210565
NICOLE M. LOW, SBN: 321429
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile: (916) 672-6602

Attorney for Plaintiffs,
BRIAN NYGAARD; and BKN APPRAISALS, INC.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| BRIAN NYGAARD; and BKN APPRAISALS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PROPERTY DAMAGE APPRAISERS, INC., a corporation; <br><br> Defendant. | CASE NO. 2:16-cv-02184-VC <br> *Complaint filed: 8/15/16* <br> *Trial Date: 10/25/21* <br><br> [PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT AND CONTINUE DISCOVERY FORTY-EIGHT DAYS BY JOINT STIPULATION **AS MODIFIED** |

Plaintiffs, BRIAN NYGAARD and BKN APPRAISALS, INC.'s Ex Parte Application for Leave of Court to File First Amended Complaint and to Amend the Scheduling Order to continue discovery Forty-Eight days by Joint Stipulation is granted as follows:

Plaintiff shall file the First Amended Complaint within **7 days** of issuance of this order. ~~Defendant shall file a responsive pleading to the First Amended Complaint no later than thirty days after filing of the First Amended Complaint.~~ **Defendants' previous answer to the original complaint applies to the FAC.**

///

///

The Court further orders that:

The last day to complete fact discovery is continued forty-eight days to July 6, 2021. The last day to complete expert discovery is continued forty-eight days to August 17, 2021. All other dates, including the trial date, remain in place.

IT IS SO ORDERED.

DATED: May 26, 2021

