JASON W. SCHAFF, SBN: 244285
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile: (916) 672-6602

Attorney for Plaintiffs,
BRIAN NYGAARD: and BKN APPRAISALS. INC.

VICTOR JOHNSON (*Pro Hac Vice*)
**DYKEMA GOSSETT, LLP**
1717 Main Street, Suite 4200
Dallas, TX 75201
Telephone: (214) 462-6477
Facsimile: (866) 500-1291

Attorneys for Defendant
PROPERTY DAMAGE APPRAISERS, INC.,

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BRIAN NYGAARD; and BKN APPRAISALS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY DAMAGE APPRAISERS, INC., a corporation;<br><br>Defendant. | **CASE NO. 2:16-cv-02184-VC**<br>*Complaint filed: 8/15/16*<br>*Trial Date: 10/25/21*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE**<br><br>**Date:      Aug. 11, 2021**<br>**Proposed CMC Date:  August 18, 2021**<br>**Time:      2:00 PM**<br>**Judge:     Hon. Vince Chhabria** |

Pursuant to United States District Court, Northern District of California Local Rules 6-2 and 7-12 and Judge Chhabria's Standing Order for Civil Cases at pp. 4-5, Plaintiffs BRIAN NYGAARD; and BKN APPRAISALS, INC. and Defendant PROPERTY DAMAGE APPRAISERS, INC. (collectively, "the Parties") hereby file this Stipulation to reschedule the August 11, 2021 Case Management Conference to August 18, 2021.

WHEREAS, the Court has set a Case Management Conference for **August 11, 2021 at 2:00 PM**.

1  WHEREAS, on August 4, 2021, the Parties submitted a Joint Case Management Conference Statement pursuant to the Standing Order for Judge Chhabria and the Local Rules.

WHEREAS, the Joint Case Management Conference Statement advised the Court that the Parties are meditating this Action at an all-day mediation on August 12, 2021 – one day *after* the current setting of the Case Management Conference.

WHEREAS, representatives of both Parties will attend the all-day mediation as well as Defendant's insurer.

WHEREAS a settlement of this Action as mediation would lead to the termination of the case from the Court's docket and eliminate the need for a Case Management Conference;

WHEREAS the Parties believe that rescheduling the Case Management Conference to **August 18, 2021** at 2:00 PM would allow the Parties to preserve their time and resources on this matter and focus their efforts towards settlement.

WHEREAS if the Action settles on August 12, 2021, the Parties could then advise the Court of the settled so that this matter could be removed from the trial docket, allowing the Court to allocate the time to other actions.

NOW THEREFORE, the parties stipulate and jointly request that the Court reschedule the Case Management Conference scheduled for August 11, 2021, at 2:00 PM to August 18, 2021 at 2:00 PM.

Respectfully submitted,

DATED:  August 9. 2021  **FLESHER SCHAFF & SCHROEDER. INC.**

By  */s/ Jason W. Schaff*
JACOB D. FLESHER
JASON W. SCHAFF
Attorneys for Plaintiffs
Bryan Nygaard and BKN, Appraisals, Inc.

1 | DATED: August 9. 2021            DYKEMA GOSSETT. LLP

            By _/s/ Victor Johnson
               VICTOR JOHNSON
               Attorneys for Defendant
               Property Damage Appraisers, Inc.

[~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: August __10__, 2021        _____
                                  THE HONORABLE VINCE CHHABRIA
                                  United States District Court Judge

**GRANTED** — Judge Vince Chhabria (United States District Court, Northern District of California)