```
JASON W. SCHAFF, SBN: 244285
JACOB D. FLESHER, SBN: 210565
NICOLE M. LOW, SBN: 321429
FLESHER SCHAFF & SCHROEDER, INC.
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile: (916) 672-6602

Attorney for Plaintiffs,
BRIAN NYGAARD: and BKN APPRAISALS. INC.
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BRIAN NYGAARD; and BKN APPRAISALS, INC., <br><br>  Plaintiffs, <br><br> vs. <br><br> PROPERTY DAMAGE APPRAISERS, INC., a corporation; <br><br>  Defendant. | CASE NO. 2:16-cv-02184-VC <br> *Complaint filed: 8/15/16* <br><br> [~~PROPOSED~~] ORDER ON REQUEST TO EXTEND DEADLINE [Dkt. No. 108] |

The deadline to file a request to reinstate the case [Dkt. No. 108] is hereby extended by an additional 45 days.

IT IS SO ORDERED.

DATED: ~~October 19, 2021~~

October 20, 2021

Vince Chhabria
United States District Judge

**GRANTED** — Judge Vince Chhabria

---
1
~~PROPOSED~~ ORDER